

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Tony M. Townsend
(Please print)

STREET ADDRESS: 485 Buffalo Ave. Apt. 2f

CITY/STATE/ZIP: Calumet City, IL. 60409

PHONE NUMBER: (708) 360-6895

CASE NUMBER: **08CV2974 — JUDGE LEINENWEBER — MAG. JUDGE BROWN**

_____    05/22/08
Signature                     Date

FILED
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT