## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2974 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Tony M. Townsend vs. Pacella Trucking Express, Inc. | | |

**DOCKET ENTRY TEXT**

Before the Court are Plaintiff's *in forma pauperis* (IFP) application [4] and motion for appointment of counsel [5]. For the following reasons, Plaintiff's IFP application is granted and his motion for appointment of counsel is denied without prejudice.

■ [ For further details see text below.]

Docketing to mail notices.

### STATEMENT

Having reviewed Plaintiff's IFP application, the Court finds that Plaintiff is unable to pay the $350 filing fee. *See* 28 U.S.C. § 1915(a)(1). Although he was employed and earning a salary of $3,800 per month as of March 2008, he is not currently employed, has no assets or savings, and has a dependent wife and three children.

Plaintiff's motion for appointment of counsel is denied at this time. He has not indicated on his application whether he made any efforts to retain counsel. *See Kurap v. Snyder*, 2000 WL 796115 (N.D. Ill. Jun. 19, 2000). Even if this were not the case, this Court will be better equipped to address the possible appointment of counsel after the responsive pleading has been filed. *See id.*

Courtroom Deputy Initials: